

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Slade King,                                    * From the 350th District Court
                                                 of Taylor County,
                                                 Trial Court No. 15564-D.

Vs. No. 11-24-00146-CR                        * December 5, 2024

The State of Texas,                           * Memorandum Opinion by Williams, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has considered Slade King's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.